IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF: | ) ) ) | MC 09-00101 JMS/BMK |
| a light green 2009 Toyota Prius 4 door sedan bearing Hawaiil License plate number MSR-136 and vehicle identification number JTDKB20U193487304, and registered to Leatrice Lehua Hoy, | ) ) ) ) ) ) ) | |

_____

### ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 25, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 13, 2009.



    /s/ J. Michael Seabright
    J. Michael Seabright
    United States District Judge